```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14631
   TERRI A ROSS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4643

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 06/06/2008 and was confirmed 08/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/15/2008.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                 PAID             PAID
---------------------------------------------------------------------------
TRIAD FINANCIAL CORP        SECURED VEHIC     5400.00             .00            130.00
ACCOUNT RECOVERY SERVICE    UNSECURED        NOT FILED            .00              .00
T MOBILE                    UNSECURED        NOT FILED            .00              .00
CHASE BANK USA NA           UNSECURED          505.22             .00              .00
CREDIT FIRST                UNSECURED           85.32             .00              .00
SBC AMERITECH               UNSECURED        NOT FILED            .00              .00
IL DEPT OF HUMAN SERVICE    UNSECURED        NOT FILED            .00              .00
AT&T WIRELESS               UNSECURED        NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE    UNSECURED          870.50             .00              .00
PORTFOLIO RECOVERY ASSOC    UNSECURED          205.47             .00              .00
SALLIE MAE                  UNSECURED        NOT FILED            .00              .00
STONELEIGH RECOVERY ASSO    UNSECURED        NOT FILED            .00              .00
UNIVERSITY OF CHICAGO HO    UNSECURED        NOT FILED            .00              .00
US DEPT OF EDUCATION        UNSECURED        22342.47             .00              .00
WELLS FARGO AUTO FINANCE    NOTICE ONLY      NOT FILED            .00              .00
BARNES REALTY               NOTICE ONLY      NOT FILED            .00              .00
TRIAD FINANCIAL CORP        UNSECURED         1824.57             .00              .00
WELLS FARGO BANK NA         UNSECURED        11551.41             .00              .00
COMMONWEALTH EDISON         UNSECURED          466.26             .00              .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      3,474.00                            100.00
TOM VAUGHN                  TRUSTEE                                               20.00
DEBTOR REFUND               REFUND                                                 .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    250.00

PRIORITY                                          .00
SECURED                                        130.00
UNSECURED                                         .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 14631 TERRI A ROSS
```

```
ADMINISTRATIVE                                                  100.00
TRUSTEE COMPENSATION                                             20.00
DEBTOR REFUND                                                      .00
                                        ---------------  ---------------
TOTALS                                           250.00           250.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE